1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    GABRIEL D. SIMMONS,                      Case No.  22-cv-02024-JSC

8              Plaintiff,

                                             **ORDER OF DISMISSAL**
9         v.

10   LEMAN, et al.,

11             Defendants.

12

13       On March 30, 2022, Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983, as well

14   as a request to waive his filing fees.  Plaintiff is not represented by a lawyer.  The same day, the

15   Clerk notified Plaintiff that he had neither paid the filing fee nor used the correct form to apply for

16   leave to proceed in forma pauperis ("IFP"), that is, to proceed without paying the filing fee.

17   Specifically, the form was from the California state courts, and it did not include two items

18   required to complete an IFP application in federal court: a statement from his prison trust account

19   and a certificate of funds signed by a prison official showing his account's average monthly

20   balances and deposits over the last six months.  The Clerk mailed Plaintiff the Court's IFP

21   application along with the deficiency notice, as well as a stamped return envelope and instructions

22   for completing the application.  The notice informed Plaintiff that the case would be dismissed if

23   he did not pay the filing fee or file a completed IFP application within 28 days.  As of the date of

24   this Order, no response has been received.

25   //

26   //

27

28

United States District Court
Northern District of California

As Plaintiff has not paid the filing fee or completed this Court's IFP application, and he has not shown cause why not, this case is DISMISSED without prejudice to filing a new case in which he pays the filing fee or completes this Court's IFP application.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 11, 2022

JACQUELINE SCOTT CORLEY
United States District Judge